BENJAMIN B. WAGNER
United States Attorney
JASON EHRLINSPIEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2743
Facsimile: (916) 554-2900

Attorneys for Federal Defendants
United States of America,
The United States Air Force, and
Travis Air Force Base

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN CAHILL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, et al. ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) | CASE NO.: S-11-1500 EFB <br><br> **STIPULATION AND ORDER EXTENDING UNITED STATES' DEADLINE TO FILE RESPONSE TO COMPLAINT** |

**NOTICE OF MOTION AND MOTION**

Plaintiff JACQUELYN CAHILL and Defendant the UNITED STATES OF AMERICA, of the above-entitled action, hereby agree to a 60-day extension for the United States to file a response to Plaintiff's complaint. The United States' response to the complaint shall be served on or before October 5, 2011.

Respectfully submitted,

Date: August 3, 2011        */s/Stephen Schulz*
                 By: Stephen Schulz

                 Attorneys for Plaintiff JACQUELYN CAHILL

Stip and Order

Date: August 3, 2011

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

*/s/ Jason Ehrlinspiel*
By: Jason Ehrlinspiel
Assistant United States Attorney

Attorneys for THE UNITED STATES OF AMERICA

IT IS SO ORDERED.

DATED:  August 3, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip and Order