BENJAMIN B. WAGNER
United States Attorney
J. EARLENE GORDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Federal Defendants
United States of America, The United States Air Force,
and Travis Air Force Base

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN CAHILL, | CASE NO.: S-11-1500 EFB |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL AND ORDER** |
| THE UNITED STATES OF AMERICA, ET AL. | |
| Defendants. | |

COME NOW Plaintiff Jacquelyn Cahill, Defendant United States of America, and Defendant Stanley Access, Inc. (erroneously sued as Stanley, Stanley Access Technologies, and Stanley Magic Door, Inc.), by and through their respective counsel, and hereby stipulate and agree that the above-captioned action is hereby **DISMISSED WITH PREJUDICE** in its entirety, with all parties to bear their own costs.  Upon approval by the Court as provided below, the Clerk of the Court is requested to enter this dismissal and release in the official docket.

Respectfully submitted,

Date: February 28, 2013            /s/  *Steven Schultz*
                                   By: Steven Schultz
                                   Attorneys for Plaintiff JACQUELYN CAHILL

**STIPULATION FOR DISMISSAL and ORDER**

DATED:  February 28, 2013			BENJAMIN B. WAGNER
						United States Attorney

						By: /s/ J. Earlene Gordon
						     J. EARLENE GORDON
						     Assistant United States Attorney


DATED: February 28, 2013			SEDGWICK LLP


						BY:    /s/ Beach Kuhl
						       BEACH KUHL
						       Attorney for Defendant
						       STANLEY ACCESS, INC.
						       Erroneously sued as STANLEY,
						       STANLEY ACCESS TECHNOLOGIES,
						       STANLEY MAGIC DOOR, INC.


**IT IS SO ORDERED.**

DATED:  March 4, 2013.			_____
						EDMUND F. BRENNAN
						UNITED STATES MAGISTRATE JUDGE

**STIPULATION FOR DISMISSAL and ORDER**